UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: B.H. c/o N. Bezar, Kline & Specter, 1525 Locust St., Philadelphia, PA 19102

Address of Defendant: SEE ATTACHMENT

Place of Accident, Incident or Transaction: Philadelphia, PA

---

**RELATED CASE, IF ANY:**

Case Number: 2:21-cv-03225-GFKP    Judge: Honorable Gene E.K. Pratter    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? **Yes ☒  No ☐**

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? **Yes ☒  No ☐**

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? **Yes ☐  No ☒**

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? **Yes ☐  No ☒**

I certify that, to my knowledge, the within case ☒ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 07/30/2021    _[signature]_    206338
                    *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.  *Federal Question Cases:***
- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☒ 11. All other Federal Question Cases

    *(Please specify):* Bankruptcy

**B.  *Diversity Jurisdiction Cases:***
- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases

    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Nathan P. Heller, counsel of record *or* pro se plaintiff, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 07/30/2021    _[signature]_    206338
                    *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

*B.H. v. Wyndham Worldwide Corporation (nka Travel + Leisure Co.), et al.*

**ATTACHMENT**

**REMOVING CO-DEFENDANTS ATTORNEYS**

Matthew A. Goldberg
Nathan P. Heller
Haley D. Torrey
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania 19103
Tel: (215) 656-3300

*Counsel for Defendants Wyndham Worldwide Corporation, (n/k/a Travel + Leisure Co.), Wyndham Hotels & Resorts, Inc., Wyndham Hotel Group, LLC, Wyndham Hotels and Resorts, LLC k/n/a Wyndham Franchisor, LLC, Wyndham Hotel Management, Inc., and Days Inns Worldwide, Inc.*

Victoria M. Komarnicki
Catherine DeSilvester
**BENNETT, BRICKLIN**
**& SALTZBURG LLC**
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102

*Counsel for Ritz Hotel Group, Inc.*

Philip D. Priore
Conrad J. Benedetto
Damali Martin
**MCCORMICK & PRIORE PC**
4 Penn Center, Suite 800
Philadelphia, PA 19103

*Counsel for 4200 Roosevelt LLC and 4200 Rose Hospitality LLC*

Joseph McHale
Penelope Cilluffo
**STRADLEY RONON STEVENS**
**& YOUNG, LLP**
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA 19355

*Counsel for Alpha-Centurion Security, Inc.*

Hugh P. O'Neill
John A. Lucy
**THOMAS, THOMAS, & v, LLP**
305 N. Front Street
Harrisburg, PA 17108

*Counsel for Ramara, Inc.*

Michael R. Miller
Meghan Sandora
**MARGOLIS EDELSTEIN**
170 W. Independence Mall, Suite 400E
Philadelphia, PA 19106

*Counsel for Ashoka Investment & Management Services*

Francis J. Deasey
Daniel O'Connell
**DEASEY, MAHONEY & VALENTINI, LTD.**
2001 Market Street, Suite 3810
Philadelphia, PA 19103-2301

*Counsel for American Motor Inns, Inc.*

***Pro Se* Additional Defendants:**

Anthony Brooks
PA Inmate # LG4076
SCI Benner Township
90 Smart Communications
P.O. Box 33028
St. Petersburg, FL 33733

*Additional Defendant*

Maurice Bailey
2017 Melrose Avenue
Chester, PA  19103

*Additional Defendant*